# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dever, James C. | U.S. District Court, EDNC | 05/9/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
310 New Bern Ave.
Raleigh, NC 27601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 2. | Senior Lecturing Fellow | Duke University School of Law |
| 3. | Board of Visitors | Duke University School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. | 2015 | Agreement to teach as a senior lecturing fellow at Duke University |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/9/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Campbell University (wages) | $5,000.00 |
| 2. | 2015 | Duke University (wages) | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Teacher, Our Lady of Lourdes Catholic School, Raleigh, North Carolina (wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/9/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 2. Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. PNC Bank Account | A | Interest | K | T | | | | | |
| 5. IRA | | | | | | | | | |
| 6. -Cash Deposit-- Northwestern Mutual Investment Services | A | Interest | J | T | | | | | |
| 7. -ACINX (Columbia Acorn International Fund) | A | Int./Div. | | | Sold | 05/11/15 | J | A | |
| 8. -DODFX (Dodge & Cox International Fund) | A | Int./Div. | J | T | Buy | 01/16/15 | J | | |
| 9. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 10. -FVHIX (Franklin High Income Fund Advisor) | A | Int./Div. | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. -ODVYX (Oppenheimer Developing Markets) | A | Int./Div. | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. -UMBMX (Scout Mid Cap Fund) | A | Int./Div. | | | Sold | 11/24/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/9/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. -TGBAX (Templeton Global Bond Fund Advisor) | A | Int./Div. | | | Sold | 09/18/15 | K | A | |
| 20. | | | | | | | | | |
| 21. -MCGIX (ABN AMRO/Montag & Caldwell Growth) | A | Int./Div. | | | Sold | 12/22/15 | K | B | |
| 22. | | | | | | | | | |
| 23. -VSMAX (Vanguard Small-Cap Index Fund Admiral) | A | Int./Div. | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. -VIMAX (Vanguard Mid-Cap Fund Admiral) | C | Int./Div. | K | T | Buy (add'l) | 11/24/15 | K | | |
| 26. | | | | | | | | | |
| 27. -VTSAX (Vanguard Total Stock Market Index) | E | Int./Div. | L | T | | | | | |
| 28. -XLE (Select Sector SPDR Tr Energy) | A | Int./Div. | J | T | | | | | |
| 29. -DODIX (Dodge & Cox Income Fund) | A | Int./Div. | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. -VGSLX (Vanguard REIT Index Fund Admiral) | A | Int./Div. | J | T | Sold (part) | 11/24/15 | J | A | |
| 32. | | | | | | | | | |
| 33. -DRGTX (Allianzgi Technology Fund) | A | Int./Div. | J | T | | | | | |
| 34. -FSRIX (Fidelity Advisor Strategic Income) | A | Int./Div. | J | T | Sold (part) | 06/22/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 36. | | | | | Sold (part) | 11/24/15 | J | A | |
| 37. | | | | | | | | | |
| 38. -WGIFX (Capital World Growth & Income) | A | Int./Div. | K | T | | | | | |
| 39. -DODWX (Dodge & Cox Global Stock Fund) | A | Int./Div. | K | T | Sold (part) | 01/20/15 | J | A | |
| 40. | | | | | Sold (part) | 06/19/15 | J | A | |
| 41. -FMKIX (Fidelity Advisor Emerging Markets) | A | Int./Div. | | | Sold | 09/15/15 | J | A | |
| 42. -FINFX (Fundamental Investor Class F-2) | A | Int./Div. | K | T | | | | | |
| 43. -VWEHX (Vanguard High Yield Corporate) | A | Int./Div. | J | T | Sold (part) | 11/24/15 | J | A | |
| 44. -ABMIX(Aston Fairpointe Midcap Fund Class I) | A | Int./Div. | J | T | Buy | 11/24/15 | J | | |
| 45. -AMCFX (AMCAP Fund Class 2) | A | Int./Div. | K | T | Buy | 12/22/15 | K | | |
| 46. -SMCFX (Small Cap World Fund Class F2) | A | Int./Div. | J | T | Buy | 05/11/15 | J | | |
| 47. -VFIDX (Vanguard Intermediate Term) | A | Int./Div. | J | T | Buy | 08/06/15 | J | | |
| 48. | | | | | Sold (part) | 08/24/15 | J | A | |
| 49. | | | | | Sold (part) | 11/24/15 | J | A | |
| 50. -LSBRX (Loomis Sayles Bond Fund Retail) | A | Int./Div. | J | T | Buy | 06/22/15 | K | | |
| 51. | | | | | Sold (part) | 11/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -TTRZX (Templeton Global Return Fund) | A | Int./Div. | J | T | Buy | 09/18/15 | K | | |
| 53. | | | | | Sold (part) | 11/24/15 | J | A | |
| 54. -PCLPX (Pimco Commodities Plus Strategy Fund) | A | Int./Div. | | | Sold | 11/24/15 | J | A | |
| 55. -VBILX (Vanguard Interim Term X Fund Admiral Shares) | A | Int./Div. | | | Sold | 08/06/15 | J | A | |
| 56. Trust | | | | | | | | | |
| 57. -Wachovia (now Wells Fargo) checking acct. | A | Interest | J | T | | | | | |
| 58. -Wachovia (now Wells Fargo) savings acct. | A | Interest | K | T | | | | | |
| 59. -Kincecta Federal Savings & Loan checking acct. | A | Interest | M | T | | | | | |
| 60. -Kinecta Federal Savings & Loan savings acct. | A | Interest | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. -New York Life whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 63. -New York Life family life insurance policy | A | Int./Div. | J | T | | | | | |
| 64. -New York Life variable annuity | A | Int./Div. | J | T | | | | | |
| 65. -USAA whole life insurance policy | B | Int./Div. | L | T | | | | | |
| 66. | | | | | | | | | |
| 67. -Comcast Corp Cl A stock | A | Dividend | K | T | | | | | |
| 68. -General Electric Co stock | B | Dividend | M | T | Buy (add'l) | 08/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Twenty First Century Fox Class A stock | A | Dividend | K | T | | | | | |
| 70. -Northrop Grumman Corp stock | C | Dividend | M | T | | | | | |
| 71. -Raytheon Company New stock | D | Dividend | N | T | | | | | |
| 72. -3M Company stock | B | Dividend | L | T | | | | | |
| 73. -Wells Fargo CD | A | Interest | K | T | | | | | |
| 74. -Fidelity US Treasury Money Mkt | A | Interest | M | T | | | | | |
| 75. -Huntington Ingalls Indus stock | A | Dividend | K | T | | | | | |
| 76. -Chevron Corp stock | D | Dividend | M | T | Sold (part) | 12/23/15 | K | A | |
| 77. Fidelity Portfolio Advisory Service | D | Int./Div. | N | T | | | | | |
| 78. -United Technologies Corp stock | A | Dividend | K | T | | | | | |
| 79. Johnson and Johnson stock | A | Dividend | K | T | Buy | 04/23/15 | L | | |
| 80. News Corp New Class A stock | A | Dividend | J | T | Spinoff (from line 69) | 06/28/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to line 54, PCLPX stands for Pimco Commodities Plus Strategy Fund. It used to be called the Pimco Commodities Real Return with a ticker of PCRPX. My 2014 report inadvertently stated that I has sold all of PCRPX on 2/20/14. I did not. I sold some of it on 2/20/14, but retained a value code amount of J. I earned an income code of A during 2014 on PCRPX. I inadvertently failed to include PCRPX on my 2014 report. In May 2015, Pimco renamed the fund PCLPX. I no longer own any PCLPX

With respect to line 55, VBILX stands for Vanguard Interim Term Bond Index. I have owned a share class of a Vanguard Bond fund (VIBSX) in the value code of K and an income code of A since November 2012. The Vanguard Bond fund converted to VBILX in October 2014. I inadvertently failed to include VBILX on my 2014 report. I no longer own any VBILX.

With respect to line 78 in Trust number 1, News Corp New Class A stock was a spinoff from Twenty First Century Fox on 6/28/2013. I inadvertently failed to include the spinoff on my 2013 and 2014 report. I have added the information and used the date 6/28/2015 in order for the software to work.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. Dever**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544